FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

DEC 27 2013

JAMES W. McCORMACK, CLERK
By: Kathy Swan
DEP CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

VS.          CASE NO 4:13CR341 KGB

Gabriel Carrigola

### CLERK MINUTE

DATE: 12/27/2013
HEARING TYPE: Revocation of Bond
BEFORE U. S. MAGISTRATE JUDGE J. THOMAS RAY
LITTLE ROCK, ARKANSAS
COURTROOM #1C

ASSISTANT U. S. ATTORNEY: Jana Harris
DEFENSE COUNSEL: Kim Driggers
U. S. PROBATION OFFICER: Kristy Bunton

COURT BEGAN: 10:20 A.M

Direct-exam of Gov'ts Wit 1; G-1 Pretrial Service Report marked, introduced and received without objection (Returned to Pretrial after proceeding) Cross-exam of Gov'ts Wit 1; Re-direct of Gov'ts Wit 1; Defendant will be detained and is Remanded to custody of U.S. Marshal

COURT ADJOURNED: 10:45 A.M.

ECRO/CRD: Kathy Swanson